241
/ 10/07

23-6460

SECT. R MAG 1

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Eastern |
|---|---|
| Name (under which you were convicted): Mitchell P. Cook | Docket or Case No.: 1880-m-2021 / 1879-F-2021 |
| Place of Confinement: DIXON CORRECTIONAL INSTITUTE | Prisoner No.: D.o.c.# 402967 |
| Petitioner (include the name under which you were convicted) Mitchell P. Cook | Respondent (authorized person having custody of petitioner) V. DUSTIN BICKHAM, WARDEN |
| The Attorney General of the State of Louisiana ||

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: 22nd Judicial ST. Tammany Parish Covington, La. 70433
   (b) Criminal docket or case number (if you know): _____

2. (a) Date of the judgment of conviction (if you know): Nov. 11, 2021 (about)
   (b) Date of sentencing: SAME

3. Length of sentence: 10 yrs to run consecutive to parole time of 17 yrs

4. In this case, were you convicted on more than one count or of more than one crime? [ ] Yes [✓] No

5. Identify all crimes of which you were convicted and sentenced in this case: D.W.I.

6. (a) What was your plea? (Check one)
   (1) Not guilty [ ]    (3) Nolo contendere (no contest) [ ]
   (2) Guilty [✓]    (4) Insanity plea [ ]

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? NA

   (c) If you went to trial, what kind of trial did you have? (Check one)    [ ] Jury  [ ] Judge only  N/A

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?    [ ] Yes  [✓] No

8. Did you appeal from the judgment of conviction? [✓] Yes [ ] No

9. If you did appeal, answer the following:
   (a) Name of court: First Circuit Baton Rouge, La.
   (b) Docket or case number (if you know): 2022 kw 0109
   (c) Result: Denied
   (d) Date of result (if you know): __
   (e) Citation to the case (if you know) _____

TENDERED FOR FILING
OCT 20 2023
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1

241
/ 10/07

(f) Grounds raised: See attached copies of all filings in this case
(g) Did you seek further review by a higher state court? [✓] Yes [ ] No
If yes, answer the following:
   (1) Name of court: The Supreme Court of the State of Louisiana
   (2) Docket or case number (if you know): 2022-KH-00835
   (3) Result: Denied
   (4) Date of result (if you know): Oct. 18, 2022
   (5) Citation to the case (if you know): _____
   (6) Grounds raised: See attached copies of all filings in this case
(h) Did you file a petition for certiorari in the United States Supreme Court?   [ ] Yes  [✓] No
If yes, answer the following:
   (1) Docket or case number (if you know): _____
   (2) Result: _____
   (3) Date of result (if you know): _____
   (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, application, or motions concerning this judgment of conviction in any state court? [✓] Yes [ ] No

11. If your answer to Question 10 was "Yes", give the following information:
(a) (1) Name of court: 22nd & 1st Cir.
   (2) Docket or case number (if you know): 1880-m-2021 & 1879-F-2021
   (3) Date of filing (if you know): _____
   (4) Nature of the proceeding: motion to produce Transcripts
   (5) Grounds raised: See attached copies of all filings in this case
   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
     [ ] Yes [✓] No
   (7) Result: Was sent Altered Transcripts attempting to Change Jurisdiction
   (8) Date of result (if you know): _____
(b) If you filed any second petition, application, or motion, give the same information:
   (1) Name of court: 22nd Judicial
   (2) Docket or case number (if you know): 1880-m-2021 & 1879-F-2021
   (3) Date of filing (if you know): _____
   (4) Nature of the proceeding: motion for Audio to prove Transcripts were Altered
   (5) Grounds raised: See attached copies of all filings in this case
   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
     [✓] Yes [ ] No
   (7) Result: Denied Judge Swartz said "Get a lawyer if I want Audio."
   (8) Date of Result (if you know): May, 15th 2023
(c) If you filed any third petition, application, or motion, give the same information:
   (1) Name of court: 22nd Judicial
   (2) Docket or case number (if you know): 1880-m-2021 & 1879-F-2021
   (3) Date of filing (if you know): June 2023
   (4) Nature of the proceeding: motion for Transcrits of Hearing for Audio
   (5) Grounds raised: See attached copies of all filings in this case
   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
     [ ] Yes [✓] No
   (7) Result: Granted but never produced (filed Mandamus to 1st Cir.
   (8) Date of result (if you know): on Going

241
/ 10/07

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?
   (1) First petition:    [✓] Yes   [ ] No
   (2) Second petition:  [ ] Yes   [ ] No
   (3) Third petition:   [ ] Yes   [ ] No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

   CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim): See attached copies of all filings in this case

(b) If you did not exhaust your state remedies on Ground One, explain why: All has been exhausted

(c) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue? [✓] Yes   [ ] No
   (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? [✓] Yes [ ] No

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: PCR
   Name and location of the court where the motion or petition was filed: 22nd Judicial
   Docket or case number (if you know): 1879-F-2021
   Date of the court's decision: _____
   Result: (attach court's opinion or order, if available): attached

   (3) Did you receive a hearing on your motion or petition? [ ] Yes [✓] No
   (4) Did you appeal form the denial of your motion or petition? [✓] Yes [ ] No
   (5) If your answer to Question (d) (4) if "Yes," did you raise this issue in the appeal? [✓] Yes [ ] No
   (6) If your answer to Question (d) (4) is "Yes," state:
   Name and location of the court where the appeal was filed: 1st Cir.
   Docket or case number (if you know): 2022 KW 0109
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available):
   (7) If your answer to Question (d)(4) or Question (d)(5) is "No", explain why you did not raise this issue:

3

241
/ 10/07

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

13. Pleas answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   [✓] Yes  [ ] No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: __N/A__

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, what ground or grounds have not been presented, and state your reasons for not presenting them: Transcript has been ordered but not received of May 15, 2023 hearing for Audio proving prosecution misconduct for altering transcripts from my 1st court date in April 2021

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   [ ] Yes  [✓] No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. __N/A__

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? [✓] Yes  [ ] No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the ground raised: Mandamus to produce transcript of May 15th 2023 hearing for Audio

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: __Pro Se__
(b) At arraignment and plea: __|__
(c) At trial: __|__
(d) At sentencing: __|__
(d) On appeal: __|__
(e) In any post-conviction proceeding: __↓__
(f) On appeal from any ruling against you in a post-conviction proceeding: ____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? [ ] Yes [✓] No
(a) If so, give name and location of court that imposed the other sentence you will serve in the future: __I am backing up parole time on previous DWI conviction__
(b) Give the date the other sentence was imposed: __N/A__
(c) Give the length of the other sentence: __N/A__
(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   [ ] Yes  [ ] No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.

4

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in art that:

(1)  A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –

  (A) The date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

  (B) The date on which the impediment to filing an application created by State action in violation of  the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

  (C) The date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

  (D) The date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Reversal of the Convictions, Order the Custodian to Release the Petitioner from Custody, Grant a New Trial, and/or any other relief to which petitioner may be entitled.

_____Mitchell P. Cook_____ pro sé
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on this __17th__ day of __Oct.__ 2023 at Dixon Correctional Institute.

Signed on this __17th__ day of __oct.__, 2023.

_____Mitchell P. Cook_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

5

Mitchell P. Cook
Doc# 402967
Dixon Corr. Institute
Box 788 Unit 3/Dorm 9
Jackson, LA. 70748

Sent { 400 Poydras St.
Building { 400 Royal St.

Eastern District
Federal Court of Louisiana
New Orleans, LA. 70130

Legal Mail

OCT 18 2023

OCT 18 2023