Memorandum In Support                                    10/31/23

I filed on time on proper form, however, I was sent an Approved form to fill out, but no other paper work was returned.

Therefore I could only put the information that I have. Your clerk of Court has all other paper work and information.

I was charged with Misdemeanor D.W.I.. It was enhanced to 4th Subsequent. When I went to Misdemeanor Court Judge Labello stated he was supposed to have me rearrested and booked with a felony. However, since I was in Re-hab he Verbally sent me back to Re-hab and to return in 30 day's prepared to be rearrested. (Due process) This did not happen. I was detained by parole officer then put before Judge Swartz felony Court. I took plea because I knew it was no good. I've been fighting the conviction since to no avail. "Transcripts changed"~"motion's" to Judge Labello blocked, motion for Audio on altered transcripts denied. And now transcripts on hearing for Audio not being produced because it will show the crimes comitted by the Court's of the 22nd Judicial to keep an unconstitutional conviction.

Thank you    Mitchell Cook



Office Of The Clerk
**Court of Appeal, First Circuit**
State of Louisiana
www.la-fcca.org

Rodd Naquin
Clerk of Court

Post Office Box 4408
Baton Rouge, LA
70821-4408
(225) 382-3000

**Notice of Judgment and Disposition**

October 23, 2023

Docket Number: 2023 - KW - 0836

State Of Louisiana
versus
Mitchell Paul Cook

TO:
Mitchell P. Cook
Dixon Correctional Institute
P.O. Box 788 Unit 3/Dorm 9
Jackson, LA 70748

Warren LeDoux Montgomery
22nd JDC District Attorney
701 N. Columbia Street
Covington, LA 70433
wmontgomery@22da.com

Hon. Richard A. Swartz
701 N. Columbia Street
Justice Center
Covington, LA 70433

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MITCHELL PAUL COOK

NO. 2023 KW 0836

OCTOBER 23, 2023

In Re: Mitchell Paul Cook, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 1880-M-2021, 1879-F-2021.

BEFORE: WELCH, HOLDRIDGE, AND WOLFE, JJ.

**WRIT GRANTED** for the sole purpose of transferring the writ application, which includes the pleading, to the district court for enforcement of its June 7, 2023 order in which it granted relator's "Motion for Transcripts," if it has not done so already.

JEW
GH
EW

COURT OF APPEAL, FIRST CIRCUIT

*[signature]*
DEPUTY CLERK OF COURT
FOR THE COURT



Louisiana 22nd Judicial District Court,
Parish of St. Tammany
Minutes, 11/08/2021

Case Number: 1879-F-2021                Page 2 of 2

Court gave the defendant credit for time served concurrent with any and all other time he has served subsequent to his arrest on this charge.

Court ordered for the sentence imposed herein is to run consecutive to any and all active sentences the Defendant is currently serving.

Court recommends the Defendant for any and all Self-Help programs while incarcerated.

Court recommends the Department of Corrections transfer the Defendant to Hunt Correctional.

Further, Court advised the Defendant that under Article 930.8 of the Louisiana Code of Criminal Procedure he has a period of TWO (2) YEARS in which to file any and all petitions for post-conviction relief.

Court orders that any and all outstanding Motions in this matter are deemed MOOT.

### PLEA/DISPOSITION:
Plea Date: May 19, 2021
  1. DRIVING WHILE INTOXICATED - 4TH OR SUBSEQUENT OFFENSE: RECEIVED BENEFITS ON PREVIOUS FOURTH OFFENSE
  Plea: Not Guilty

Disposition Date: November 08, 2021
  1. DRIVING WHILE INTOXICATED - 4TH OR SUBSEQUENT OFFENSE: RECEIVED BENEFITS ON PREVIOUS FOURTH OFFENSE
  Disposition: Plead Guilty (Guilty Plea)

### SENTENCE:
Confinement and Probation
  Start Date: 11/08/2021
  Agency: Department of Corrections Baton Rouge
  Sentence Term: 10 Years
  Consecutive
  Details: CTS, Sentence to be served without the Benefit of Probation, Parole or Suspension of Sentence

A TRUE EXTRACT OF THE MINUTES OF THIS COURT

_____
DEPUTY CLERK
22ND JUDICIAL DISTRICT COURT
ST. TAMMANY PARISH, LOUISIANA

AO 241
(Rev. 10/07)

Page 1

# Petition for Relief From a Conviction or Sentence
## By a Person in State Custody

(Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

### Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $_____, you must pay the filing fee.

7. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

    Clerk, United States District Court for
    Address
    City, State Zip Code

9. <u>CAUTION:</u> You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

10. <u>CAPITAL CASES:</u> If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.