## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MITCHELL P. COOK,** | * | CIVIL ACTION |
|     **PETITIONER** | * | |
| | * | NO. 23-cv-6460 |
| **VERSUS** | * | |
| | * | SECTION "R" (1) |
| **DUSTIN BICKHAM, WARDEN,** | * | |
|     **RESPONDENT** | * | |

## RESPONDENT'S MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes Dustin Bickham, Warden, respondent herein, who respectfully requests an additional twenty-one days in which to file its response in the above-captioned matter pursuant to F.R.C.P. Rule 6(b)(1)(A) and Local Civil Rule 7.8.

In support thereof, the respondent submits:

1. The respondent's answer to the petitioner's *habeas corpus* petition, along with the state court record, is due December 14, 2023 (Rec. Doc. 4).

2. Due to other matters pending in this Court, the state district court (22nd Judicial District Court), the Louisiana First Circuit Court of Appeal, and the Louisiana Supreme Court, undersigned counsel has not yet completed the compilation of the state court record or the answer to the habeas corpus petition.

3. The petitioner has not filed into the record an objection to an extension

of time.

4. This is the respondent's first motion for extension of time.

WHEREFORE, Respondent prays that it be granted an additional twenty-one days, or until January 4, 2023, to answer the *habeas corpus* petition and to produce the state court record in this matter.

Respectfully submitted,

*/s/ Matthew Caplan*
Matthew Caplan
La. Bar No. 31650
Assistant District Attorney
22nd Judicial District
701 N. Columbia Street
Covington, LA 70433

### CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing pleading by sending it via USPS first-class mail, addressed as follows:

> Mitchell P. Cook, DOC # 402967
> Dixon Correctional Institute
> P.O. Box 788
> Jackson, LA 70748
> *Petitioner, pro se*

This the 14th day of December, 2023, at Covington, Louisiana.

*/s/ Matthew Caplan*
Matthew Caplan
La. Bar No. 31650
Assistant District Attorney