UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MITCHELL P. COOK,<br>   PETITIONER | *<br>* | CIVIL ACTION |
| | * | NO. 23-cv-6460 |
| VERSUS | *<br>* | |
| | * | SECTION "R" (1) |
| DUSTIN BICKHAM, WARDEN,<br>   RESPONDENT | *<br>* | |

**ORDER**

Considering Respondent's *Motion for Extension of Time*;

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the Respondent be given an additional twenty-one (21) days or until January 4, 2023, to produce the state court record and file ais matter. .

New Orleans, Louisiana, this ____ day of _____, 2023.

_____
MAGISTRATE JUDGE