UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MITCHELL P. COOK,<br>　　PETITIONER | *<br>*<br>* | CIVIL ACTION<br><br>NO. 23-6460 |
| VERSUS | *<br>* | <br>SECTION "R" (1) |
| DUSTIN BICKHAM, WARDEN,<br>　　RESPONDENT | *<br>* | |

**ORDER**

Considering Respondent's *Motion for Extension of Time*;

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the Respondent be given an additional twenty-one (21) days or until January 4, 2024, to produce the state court record and file in this matter.

New Orleans, Louisiana, this 15th day of December, 2023.

_____
United States Magistrate Judge