Case 2:23-cv-06460-SSV-JVM   Document 11   Filed 01/22/24   Page 1 of 7

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Jan 22 2024

CAROL L. MICHEL
CLERK

SMS                    Mail

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MITCHELL P. COOK, PETITIONER | CIVIL ACTION |
| VERSUS | NO. 23-CV-6460 |
| DUSTIN BICKHAM, WARDEN RESPONDENT | SECTION "R" (1) |

## TRAVERSE TO RESPONSE TO PETITION FOR HABEAS CORPUS RELIEF

1) The State keeps re-hashing irrelevant issue's.

2) The Fact's are the Fact's, That Jurisdiction was never changed.

3) I was to reappear in front of Judge Labello in 30 days as he sent me back to Rehab, To prepair to be Rearrested

and Booked with a Felony.

4) That is Due process

5) To deny me an attorney as I requested, then tell me if I want the Audio to get a lawyer is now violating my 14th admenment. I can't afford one.

6) From May 15th 2023 til Jan. 2024 to receive that Transcript shows a patteren to continue a cover up.

7) I had to file mandamus and two fallow up writs to receive them, but probably only received them because Eastern District sent for them.

8) The Audio from Judge Labello Court hearing on April 23, 2021 Should be ORDERED

by the Eastern District to serve Justice

9) The DA started the Cover up and then Judge Swartz is now assisting the DA in a Cover up.

10) I ask this Honorable Court to not Disgrace Louisiana people and aid any more Cover ups.

11) Enclosed plese find note on a Copy of Judge Swartz Transcripts as it has been also altered.

12) On page 13 III. respondent Agrees Mitchell Cook was NEVER RE-ARRESTED & BOOKED for a FELONY

13) Judge Labello clearly Stated he was Supposed to have me re-arrested & booked with a Felony. But he DID NOT!

14) There would be No Cover up, Transcripts changed and held up, And more so for the denied Audio if my claim was not unconstitutional.

15) Mitchell Cook ask for this Court to GRANT relief.

16) This Court has now the Jurisdiction

### CONCLUSION AND PRAYER

The respondent has failed to explain the Cover-up of changed Transcripts and/or produce the Audio to disprove a cover-up and injustice of Law. Mitchell Cook prays this Honorable Court for ACTION of relief and/or production of Audio from 22nd Judicial.

I have a Constitutional right of no Cover ups!!!

Respectfully,

Mitchell P. Cook
Mitchell P. Cook
402967
D.C.I.
P.O. Box 788
Jackson, La. 70748
u/4 D/14

## CERTIFICATE OF SERVICE

I hereby Certify that I have placed this TRAVERSE in the U.S. Mail postage prepaid on this 18th day of Jan. 2024.

Mitchell P. Cook
Mitchell P. Cook
402967

Mitchell Cook
Doc. #409967
D.C.I.
P.O. Box 788
Jackson La. 70748
Unit 4 Dorm H

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA. 70130

Baton Rouge PSDC 708
THU 18 JAN 2024 PM

FOREVER USA PURPLE HEART (x4)

NOT CENSORED
NOT RESPONSIBLE FOR CONTENTS
JAN 18 2024
DIXON CORRECTIONAL INSTITUTE
ALL MALE PRISON