**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General's Office
   Criminal Division
   P.O. Box 94005
   Baton Rouge, LA 70804-9005

   9590 9402 7501 2098 6374 11

2. Article Number (Transfer from service label)

   7020 3160 0000 9985 5913

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 7501 2098 6374 11

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

- Sender: Please print your name, address, and ZIP+4® in this box•

CLERK'S OFFICE, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET ROOM C-151
NEW ORLEANS, LA 70130

23-6460"R"(1)

01/19