Case 2:23-cv-06460-SSV   Document 14   Filed 03/04/24   Page 1 of 4

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Mar 4 2024

CAROL L. MICHEL
CLERK
SMS                    Mail

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MITCHELL P. COOK                         CIVIL ACTION

VERSUS                                   NO. 23-6460

DUSTIN BICKHAM, WARDEN                   SECTION: "R" (1)

## OBJECTION TO RECOMMENDATION(S)

Mitchell P. Cook has/had the Constitutional right to DUE PROCESS. Also the protection of the 14th Admendment of equal protection. Let me spell it out for you; The D.A. changed Transcripts in attempt to change Jurisdiction which he still did not. The Judge Swartz refuse my request for Audio of Judge Labello's hearing furthering a cover up. All my filing's to higher Courts

reflect Denied or "Showing".

I ask this Honorable Court that now has Jurisdiction to ORDER Audio of Hearing. that the 22nd Judicial has Violated Truth and Justice and the oath they took to uphold Truth and Justice. And make America GREAT AGAIN! Mitchell P. Cook was never re arrested and booked with a felony making Jurisdiction still in Judge Labello's Court room. Which makes his plea in another Court room Null and Void. I asked this Honorable Court to expose the Cover up and Grant relief.

### PRAYER/Conclusion

I pray this that this Honorable Court will

order Audio review Audio that will show all mitchell P. Cook's claimes are true and deserves relief. Further more all court room hearings in St. Tammany parish should be video/live stream on the w.w.w. as they have previous had a newspaper reporter from New Orleans arrested and removed form the Courtroom telling her she had no right to be in there. It's not just my case that is being covered up in the 22nd Judicial.

### CERTIFICATE OF SERVICE

I hereby certify that this response has been placed in the U.S. postage, postage prepaid, Via prison mailbox on this 22 day of Feb, 2024.

Mitchell P. Cook

Doc# 402967   Mitchell P. Cook

Mitchell P. Cook
DOC # 402967
D.C.I.
P.O. Box 788
Jackson, LA. 70748
1-3 D-14

Legal Mail

NOT CENSORED
NOT RESPONSIBLE
FOR CONTENTS

FEB 2 ~ ~4

DIXON CORRECTIONAL INSTITUTE
ALL MALE PRISON

Clerk's office
UNITED STATES DISTRICT COURT
Eastern DISTRICT of LOUISIANA
New Orleans, LA. 70130

Legal Mail