# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MITCHELL P. COOK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-6460** |
| **DUSTIN BICKHAM, ET AL.** | **SECTION "R" (1)** |

## J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein[1]; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the respondent, Dustin Bickham, Warden, and against the petitioner Mitchell P. Cook, dismissing with prejudice Cook's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254.

New Orleans, Louisiana, this __30th__ day of April 2024.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

---

1   R. Doc. 15.